May 4, 2017

US DISTRICT COURT
700 MAIN STREET
DANVILLE VIRGINIA 24541

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAY 0 4 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

CASE NO: 4:17-CV-00018

RE: AMEND


THIS ADDITIONAL INFORMATION IS REGARDING THE REPRESENTING OFFICERS OF THE ORGANIZATION OF MUY PIZZA HUT SOUTHEAST LLC:

JAMES BODENSTEDT-CEO

JIM MOONEY- VICE PRESIDENT

DAWSON BREMER- CHEIF LEGAL PARTNER


CEDRICK EURON DRAPER