IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CEDRICK E. DRAPER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MUY PIZZA HUT SOUTHEAST LLC, | ) | By: Hon. Jackson L. Kiser |
| AARON LOUIS, MARY (LAST NAME | ) | Senior United States District Judge |
| UNKNOWN), WILMA PIKE, and | ) | |
| EMMANUEL BOATENG, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court are several motions filed by Plaintiff Cedrick E. Draper. Plaintiff's "Motion for action within the process of a legal Compulsory/Permissive Joinder for additional individuals or defendants to appear or process within the case filing upon US District Court complaint facts & information" [ECF No. 6] is **DENIED** insofar as it seeks any relief.[1] Insofar as he seeks to add additional defendants, the motion is **DENIED AS MOOT**. [See ECF No. 8 (Plaintiff's First Amended Complaint).]

Plaintiff's Motion to Grant CM/ECF access [ECF No. 9] is **DENIED**.

Plaintiff's May 8, 2017 "Brief," which I construe as a Motion for Leave to File a Seconded Amended Complaint [ECF No. 13], is **DENIED**. The proposed factual allegations are scant and insufficient to state a claim, making the proposed amendment futile. See, e.g., Foman v. Davis, 371 U.S. 178, 182 (1962).

---

[1] At most, this appears to be a compendium of evidence Plaintiff wishes to rely on at trial. It is inappropriate to be presented to the Court in this manner and will not be considered further in the present context.

Plaintiff's Motion to Amend Caption Information of the Defendant Information [ECF No. 15] is **DENIED**. The information he seeks to amend does not relate to a defendant named in his Amended Complaint [ECF No. 8].

Plaintiff's Motion "to Amend Caption Information of the Main Plaintiff v Defendant Information" [ECF No. 16] is **DENIED**. The proposed Plaintiff is not listed on the EEOC Notice of Rights filed with the court [ECF No. 8-2], and is therefore improper. The proposed change to Defendant Muy Pizza Hut Southeast LLC's information only adds a purported registered agent, which is unnecessary in the caption of the case.

Plaintiff's Motion to "Amend Plaintiff information 2 [*sic*] Defendant information" [ECF Nos. 19 & 20] is **DENIED** insofar as it seeks any relief.

Plaintiff's Motion to "Amend the defendants name of the compliant [*sic*] (Last name was found)" [ECF No. 22] is **DENIED**. The information he seeks to amend does not relate to a defendant named in his Amended Complaint [ECF No. 8].

Plaintiff is advised that his Notice of Financial Conditions [ECF No. 23] is unnecessary as the filing fee has been paid in full.

The clerk is directed to forward a copy of this Order to Plaintiff.[2]

Entered this 16th day of May, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff is advised that continued excessive and improper motions and filings may subject him to sanctions. Although he is proceeding *pro se*, continued attempts to change his allegations and parties, unless pursued through proper motions and format, will not be entertained. Should he need legal advice, he should consult a licensed attorney.