IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CEDRICK E. DRAPER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MUY PIZZA HUT SOUTHEAST LLC, | ) | By: Hon. Jackson L. Kiser |
| et al., | ) | Senior United States District Court |
| | ) | |
| Defendants. | ) | |

Plaintiff's Motion to "Amend 1st Amended amount of the Amended complaint" [ECF No. 25] and Motion to "Amend: ECF 8 exhibits and attachments by including Doc #6-3 of ECF 6 (Income & Wage Transcript/2015 1099-G & 2014 1099-G) Doc #2 of 12 within ECF 2 (Decisions of Appeal Examiner Document)" [ECF No. 26] are **DENIED**.

The clerk is directed to forward a copy of this Order to Plaintiff.

Entered this 18th day of May, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE