CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAY 22 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Danville VA

Cedrick E Draper

V

Muy Pizza Hut South East LLC

Case No. 4:17-cv-00018

Reference to ECF 8
Title: Electronic discussion with District Manager

Electronic discussion with District Manager about prior transfer request because of several issues with Aaron Louis General Manger

This discussion was held before termination incident of 12/18/2014

Certificate of Service

On 5/22/17 I hereby certify that this copy is true according to the guidelines to record information. A first class copy with be provided as a exhibit to ECF 8.

# Re: urgent

**Draper, Cedrick E**

Thu 12/22/2016 5:25 PM

Sent Items

To:Emmanuel Boateng <emmanuel.boateng@muypizzas.com>;

Cedrick Draper
2768064958
I was just released from the job for no reason but when you have convenient time give me a call and I will attempt to tell you what occurred and give you the shirts if require to do so.

---

**From:** Draper, Cedrick E
**Sent:** Friday, August 26, 2016 4:42 PM
**To:** Emmanuel Boateng
**Subject:** Re: urgent

2768064958

---

**From:** Emmanuel Boateng <emmanuel.boateng@muypizzas.com>
**Sent:** Friday, August 26, 2016 4:16:58 PM
**To:** Draper, Cedrick E
**Subject:** RE: urgent

If you provide me with a number I will give you a call.

---

**From:** Draper, Cedrick E [mailto:cedraper@liberty.edu]
**Sent:** Friday, August 26, 2016 3:02 PM
**To:** Emmanuel Boateng <emmanuel.boateng@muypizzas.com>
**Subject:** urgent

I can't come in their today because if go I bring the police with me. I don't want any trouble transfer me. MAN HE BE TALKING ####. I am not trying to duck working but he does not consider me as equal to the rest of employees and if act upon it I'll be possibly put in jail. GIVE A CALL PLEASE AT YOUR CONVENIENCE.

# Cedrick Draper

Draper, Cedrick E

Fri 6/24/2016 5:50 AM

Sent Items

To: Emmanuel Boateng <emmanuel.boateng@muypizzas.com>;

June 23, 2016

A continuous of a issue with the GM within the working shift. In cooking to assist the other working cook the cut table overload cause a backup situation. No help was provided to successfully box orders and and perform quality checks of orders prepared after cutting. I did complete several orders until a working argument flared with the GM. I took a break as instructed and clock back in to another argument referring to the amount of pizza sauce to use on thins. The small amount of overage to thin larges was a original method, well according to asking if that was right it had change according to the GM and the argument lead to me having to leave early. I requested for reason in writing but I did not get a response. Man I did not want this issue to keep forming emails, I was hoping it could be settled among us as team workers. I did attempt to listen but in his anger he speaks upon specific details that he knows regarding confidential matter and that is not so good within his position even for the pay increase just blurting it out like that. Please questioning this issue at your convenience!

# Cedrick E Draper

## Draper, Cedrick E

Wed 6/15/2016 4:14 PM

Sent Items

To: Emmanuel Boateng <emmanuel.boateng@muypizzas.com>;

1 attachments (12 KB)

Current Observation.docx;

Good evening,

Minor observation within changes within the schedule and bi-weekly pay.

June 15, 2016

Due to the changes to my bi-weekly pay period and the increase in hours I have been identifying many specific lines that may possibly help within your external observation of this District locations. These observations are only within the last three month time period.

Waitress: The input of orders are not identifying cheese or other ingredients properly within error of waitress input. This is a collectivity issue to the ongoing cut table and management's observation of the cook duties to prepare orders. If there is a modification change or a cancel process then as the cook administers several orders adjustments have to be keyed in to identify the correct order to prepare. It does not seem as an ongoing issue but it questions the assurance to complete orders. It also could reflect as a food usage issue within purchased orders to usage of products and ingredients.

Management: The issues with the G.M. has resolved slightly and under his better communication tactics we hold an agreeable interaction within a working shift. He changes his process a lot but under the job aid requirements and his style of managing a team, I considered the judgement calls that he request. The other management team has been very considerate but the instance of inputting the orders correctly has not been a discussing issue. Small issues have flared within the working environment but not excessive to cause any issue among the public or the workers within the shift. I write you because within a small incentive the value of observation reflects the effort of fixing minor issues to better the working environment. I may have minor errors in my job evaluation but I do observe and act upon the job aid requirements within cooking and the cut table.

This may not be an important tactic of observation but it is a reflection of the incentive within my current job standings.


Respectively,


Cedrick Draper

# Re: Cedrick Draper

**Draper, Cedrick E**
Mon 5/9/2016 4:44 PM
Sent Items

To:Emmanuel Boateng <emmanuel.boateng@muypizzas.com>;

Good evening,

I did receive more hours and I spoke with Aaron on a schedule arrangement on 05/10/2016. I ask Steve to swap time for Tuesday to work nights but he brought an attitude approach toward my job. I have not requested for a pay increase and the little hours his given does not typically make me a rich man!. I try very hard to listen to his request but the extra effort I place upon his request is only helping the company more than a close benefit toward my bi-weekly income received. He carries an attitude and I would like you, me ,and him to speak at your convenient time because if I do not know his issue than I can not know what the problem is. Excessive stupid suggestion to bring a bold appeal does not explain the issue. I have to explain myself because just quitting is not how I approach employment issues.

**From:** Emmanuel Boateng <emmanuel.boateng@muypizzas.com>
**Sent:** Tuesday, April 5, 2016 6:00:07 PM
**To:** Draper, Cedrick E
**Subject:** FW: Cedrick Draper

Hello Cedrick, this is Emmanuel Boateng I recently received your email pertaining to your new General Manager. Please free call to call me at your earliest convenience at (336)254-2120.

Thank You

**From:** Draper, Cedrick E [mailto:cedraper@liberty.edu]
**Sent:** Saturday, April 02, 2016 3:01 PM
**To:** Crystal Cuellar
**Subject:** Cedrick Draper

Cedrick Draper
Pizza Hut Location: Ridgeway Virginia

Hello

I really need for someone to speak to the new GM to for clarity of the job as a production worker and his temper on the floor of the work area. I respect his place within authority but in my attempt to keep a descent job I need assistant with his character or attempting to pull me to the side to discuss other things needed within my performance. Please consult with him on your next convenient time. Thank you and have a great weekend.

Respectively

Cedrick E draper