IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CEDRICK E. DRAPER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MUY PIZZA HUT SOUTHEAST LLC, | ) | By: Hon. Jackson L. Kiser |
| et al., | ) | Senior United States District Court |
| | ) | |
| Defendants. | ) | |

Plaintiff's filing fee has been returned for insufficient funds, meaning that he has failed to pay the applicable filing fee by the deadline I previously imposed. (See Order, April 11, 2017 [ECF No. 5].) Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

The clerk is directed to forward a copy of this Order to Plaintiff.

Entered this 7th day of June, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE