CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN -9 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

June 9, 2017

Jurisdiction: Danville

Plaintiff: Draper

Vs.

Defendant: Muy Pizza Hut Southeast LLC

Case No: 4:17-cv-00018

Reference: Rule 7004. Process; Service of Summons, Complaint (b) (8)

Under the delivery notification sheet provided this CT Corporation Systems is the Registered Agent of Muy Pizza Hut Southeast LLC. All summons including original and amended complaints were stamped by the deputy clerk and sent to the Register Agent's address.

Certificate of Service

I hereby certify that on June 9, 2017, a true and correct copy of the foregoing instrument has been forwarded by first class mail to counsel of Record.

C. L. L.



June 8, 2017
Shipper 185Y17
Page 1 of 1

ATTN : CEDRICK DRAPER
PHONE : (276)806-4958

## DELIVERY NOTIFICATION

INQUIRY FROM: CEDRICK DRAPER
CEFD LLC
111 CRESTWOOD CT
MARTINSVILLE VA 24112

SHIPMENT TO: MUY PIZZA SOUTHEAST LLC
CT CORPORATION SYSTEM REGIST
4701 COX RD FL 2 STE 285
GLEN ALLEN VA 23060

Shipper Number............................ **185Y17**      Tracking Identification Number...**1Z185Y170290942492**

According to our records **1** parcel was delivered on **05/22/17** at **10:31 A.M.**. The shipment was received by **PARRISH** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| 185Y17 | | 1Z185Y170290942492 | 4701 COX RD FL 2 STE 285 GLEN ALLEN | |

TPA3CXB:000A0000