IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CEDRICK E. DRAPER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MUY PIZZA HUT SOUTHEAST, LLC, | ) | By: Hon. Jackson L. Kiser |
| et al., | ) | Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 14 2017
JULIA C. DUDLEY, CLERK
BY: s/H. McDonald
    DEPUTY CLERK

Plaintiff Cedrick E. Draper's "Request to Reopen the Case: Immediate Payments to reopen & proceed" [ECF No. 31] is hereby **DENIED**. Plaintiff was instructed to pay the filing fee and was granted an extension to do so. [See ECF No. 5.] When his check was returned by the bank for insufficient funds, his case was dismissed without prejudice[1] due to his failure to pay the filing fee as instructed. No returned check fee will be assessed.

The clerk is directed to forward a copy of this Order to Plaintiff.

Entered this 14th day of June, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] I previously informed Plaintiff of the meaning of a dismissal "without prejudice." (See Order, May 2, 2017 [ECF No. 11].)