IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 15 2017

JULIA C. DUDLEY, CLERK
BY: s/H. McDonald
      DEPUTY CLERK

| | |
|---|---|
| CEDRICK E. DRAPER, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:17-cv-00018 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MUY PIZZA HUT SOUTHEAST, LLC, ) | By: Hon. Jackson L. Kiser |
| et al., ) | Senior United States District Judge |
| ) | |
| Defendants. ) | |

Plaintiff Cedrick E. Draper's Motion for Reconsider of my June 16, 2017, Order [ECF No. 38] is hereby **DENIED**.

The clerk is directed to forward a copy of this Order to Plaintiff.

Entered this 15th day of June, 2017.

                s/Jackson L. Kiser
                SENIOR UNITED STATES DISTRICT JUDGE