1  CEDRICK E DRAPER
   2229 YORKTOWN AVE #302
2  LYNCHBURG VA 24501


CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 16 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

3

4                           **U.S. DISTRICT COURT**

5                      **WESTERN DISTRICT OF VIRGINIA**

6                                **Danville**

7   CEDRICK E DRAPER                          Case No.: 4:17-cv-00018

8                  Plaintiffs,               **PLAINTIFF ANSWER TO**
          v.                                 **DISMISSAL**
9
                                             Judge: Honorable Kiser
10  MUY PIZZA HUT SOUTHEAST LLC et
    al.,                                     Date Action filed: June 15, 2017
11
                 Defendants.
12                        **I. PLAINTIFF ACTIONS TO JUDGEMENT**

13  1. Plaintiff will refile unless consideration of information released is not a reflection of
14  proceeding with the new evidence and the initial amended complaint from beginning filed
    complaint.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: June 15, 2017

2                               Cedrick E Draper

3                               Cedrick E Draper
                               Plaintiffs Pro se

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Certificate of Service

I hereby that on June 15, 2017, a true and correct copy of the foregoing instrument has been
3   forwarded by first class mail to counsel of record.

4   Dated: June 15, 2017                         Cedrick E Draper

5
                                                _____
6                                               Cedrick E Draper
                                                Plaintiffs Pro se
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28